UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIMBERLY T. HALL | CIVIL ACTION |
| VERSUS | NO. 07-3030 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | SECTION "A" (5) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the written objections to the Magistrate Judge's Report and Recommendation, hereby concludes that this matter should be remanded to the Commissioner. The Court does not agree that the ALJ was not required to recontact the treating physician, Dr. Nguyen, to seek clarification or additional evidence in accordance with 20 C.F.R. § 404.1512.

Accordingly,

**IT IS ORDERED** that this matter is **REMANDED** to the Commissioner for full development of the medical record and reevaluation of Hall's claim in light of any new evidence submitted.

November 4, 2008

UNITED STATES DISTRICT JUDGE